— Order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

FRANCIS X. SAPONARA, Respondent, v. THE EAST RIVER SAVINGS INSTITUTION, Defendant, and MANUFACTURERS TRUST COMPANY, as Executor, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

FRANCIS X. SAPONARA, Respondent, v. THE EMIGRANT INDUSTRIAL SAVINGS BANK, Defendant, and MANUFACTURERS TRUST COMPANY, as Executor, Appellant. — Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

EARL CUMMINGS, Respondent, v. EQUITABLE SURETY COMPANY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

SADIE CUMMINGS, as Guardian ad Litem for JOSEPH CUMMINGS, an Infant, Respondent, v. EQUITABLE SURETY COMPANY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

EDWARD C. BROWN, Respondent, v. MARIE A. STACY, Appellant.— Judgment affirmed, with costs. All concur, except Taylor and Crosby, JJ., who dissent and vote for reversal. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

MARGARET BOEHRINGER and Others, Appellants, v. EDWIN SCHMID and Others, Respondents.— Judgment affirmed, with costs. The question before this court has been determined in favor of the respondents by the opinions of Willard Bartlett, Ch. J., and Collin, J. (in the latter of which Hiscock and Cardozo, JJ., concur), in *Matter of Klatzl* (216 N. Y. 83), and by the refusal of the Court of Appeals on February 26, 1924, to allow an appeal to that court in *Coleman* v. *Coleman* (207 App. Div. 876). All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ. [133 Misc. 236.]

EVANGELICAL LUTHERAN CHURCH OF THE ASCENSION OF SNYDER, NEW YORK, Respondent, v. PHILIP SAHLEM and FLORENCE SAHLEM, His Wife, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

JOSEPH M. TAURIELLO and Others, Respondents, v. PHŒNIX INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Appellant.— Motion of respondents for reargument denied. Motion for leave to appeal to the Court of Appeals denied because the unanimous decision of this court modifying the judgment of the Trial Term is appealable without permission. (*Matter of City of New York*, 224 N. Y. 454, 459.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

JOSEPH M. TAURIELLO and Others, Respondents, v. ÆTNA INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Appellant.— Motion of respondents for reargument denied. Motion for leave to appeal to the Court of Appeals denied because the unanimous decision of this court modifying the judgment of the Trial Term is appealable without permission. (*Matter of City of New York*, 224 N. Y. 454, 459.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

SUSANNA MULLEN, Respondent, v. UNITED STATES CASUALTY COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to